# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 12, 2010

*Before*

JOEL M. FLAUM, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| CRYSTAL ELUSTRA and CHRIS LOPEZ, as mother and next friend of MORIAH ELUSTRA and NAJATI ELUSTRA, Plaintiffs-Appellants, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| No. 09-2183 v. | No. 08 C 3162 |
| TOM MINEO and BRAD FRALICH, individually and doing business as BUFFALO WILD WINGS, Defendants-Appellees. | John W. Darrah, Judge. |

**Order**

The opinion of this court issued on February 9, 2010, is amended as follows:

Page 18, line 6, change "to each defendant" to "to each plaintiff."